IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3113 |
| vs. | |
| LOREN E. COLLIERS, | ORDER |
| Defendant. | |

Defendant's retained counsel, Travis J. Penn, has moved to withdraw. (Filing No. 23). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska, and his new appointed counsel has entered an appearance.

IT IS ORDERED:

1) Counsel's motion to withdraw, (Filing No. 23), is granted. Travis J. Penn is hereby withdrawn as counsel, and shall promptly notify Defendant of the entry of this order.

2) The clerk shall delete Travis J. Penn from any future ECF notifications herein.

December 8, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge